UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZALMEN MOSKOVITS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>Defendant. | Civil Action No.:<br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:  UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, et seq., defendant UNITED COLLECTION BUREAU, INC. ("UCB"), by and through its counsel Gordon Rees Scully Mansukhani, LLP, hereby files its Notice of Removal of the state court action styled *Zalmen Moskovitz v United Collection Bureau, Inc.,* Index No.: 505431/2023, from the Supreme Court of the State of New York, Kings County, to the United States District Court for the Eastern District of New York.  Removal is warranted under 28 U.S.C. § 1441(a) because Plaintiff's Complaint asserts a claim arising under federal law over which this Court has original jurisdiction, pursuant to 28 U.S.C. § 1331.

In support of this notice and grounds for removal, UCB states as follows:

1.  The summons and complaint (collectively, the "Complaint") in this action were filed on or about February 20, 2023.  A copy of the Complaint is attached hereto as **Exhibit A**.

2.  UCB was served with the Complaint on February 27, 2023.

1

3. In accordance with 28 U.S.C. § 1446(a), the Complaint constitutes all of the process, pleadings, and orders served on Crown prior to the removal of this action.

4. In the Complaint, Plaintiff Zalmen Moskovits ("Plaintiff") alleges that UCB violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

5. In the Complaint, Plaintiff also alleges suffering actual damages as a result of UCB's alleged violation of the FDCPA. *See* Exhibit A, ¶¶ 70, 77, Prayer for Relief at ¶ 3. In this regard, Plaintiff seeks actual damages, statutory damages, interest and attorney's fees and costs. *See id.*, Prayer for Relief.

**I.   Jurisdictional Basis for Removal – Federal Question**

6. Under 28 U.S.C. § 1331, this Court has original jurisdiction over all claims arising under the laws of the United States.

7. Here, UCB's alleged violation of the FDCPA constitutes a claim being brought under the laws of the United States.

8. Furthermore, Plaintiff claims actual damages as a result of UCB's alleged violation of the FDCPA.

9. Accordingly, this action presents claims arising under the laws of the United States, thereby conferring jurisdiction on this Court pursuant to 28 U.S.C. § 1331.

**II.   Removal to this Court is Otherwise Proper**

10. Notice was filed within thirty days of service of the Complaint upon UCB, and thus was timely under 28 U.S.C. § 1446(b).

11. The United States District Court for the Eastern District of New York embraces the county in which the state court action is now pending, and thus this Court is the proper venue for this action.

12. In accordance with 28 U.S.C. § 1446(d), a copy of the Notice of Filing of Notice of Removal, and a copy of this Notice of Removal, is being served upon Plaintiff and filed with the Supreme Court of the State of New York, Kings County.

13. If any questions arise as to the propriety of the removal of this action, UCB requests the opportunity to brief any disputed issues and to present oral argument in support of the position that this case is properly removable.

14. UCB is the only named defendant in this action and consents to remove the instant action.

15. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of UCB's rights to assert any defense or affirmative matter including, without limitation, the defenses of 1) lack of jurisdiction over the person of UCB, 2) improper venue, 3) insufficiency of process, 4) insufficiency of service of process, 5) improper joinder of claims and/or parties, 6) failure to state a claim, or 7) any other procedural or substantive defense available under state or federal law.

**WHEREFORE**, Defendant UCB respectfully removes this action from the Supreme Court of the State of New York, Kings County, to this Court, pursuant to 28 U.S.C. § 1441.

Dated: New York, New York
March 29, 2023

**GORDON REES SCULLY MANSUKHANI LLP**
*Attorneys for Defendant United Collection Bureau, Inc.*

By: *s/ Peter G. Siachos*
Peter G. Siachos, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (973) 549-2500
Email: psiachos@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2023, I electronically filed the foregoing NOTICE OF REMOVAL, with exhibits, and sent a copy of the foregoing NOTICE OF REMOVAL, with exhibits, to:

Robert Yusko, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
(201) 282-6500
ATTORNEY FOR PLAINTIFF

*/s/ Peter G. Siachos*
Peter G. Siachos, Esq.